**Elmer ALBRIGHT, Appellant,**

v.

**Larry WORNAT, Appellee.**

No. 10–99–353–CV

Court of Appeals of Texas,
Waco.

July 26, 2000.

John L. Hand, Waco, for appellant.

Peter K. Rusek, Sheehy, Lovelace & Mayfield, P.C., Waco, for appellee.

**MEMORANDUM OPINION**

PER CURIAM.

On June 16, 2000, Appellant Elmer Albright filed a motion to dismiss this appeal. In relevant portion, Rule 42.1(a) of the Texas Rules of Appellate Procedure provides:

> (a) The appellate court may dispose of an appeal as follows:
>
> > (1) in accordance with an agreement signed by all parties or their attorneys and filed with the clerk; or
> >
> > (2) in accordance with a motion of appellant to dismiss the appeal or affirm the appealed judgment or order; but no other party may be prevented from seeking any relief to which it would otherwise be entitled.

Tex.R.App.P. 42.1(a).

The motion was signed by Albright himself and his attorney. In the motion, Albright states that the parties have reached a settlement agreement. Accordingly, this cause is dismissed with costs to be taxed against the party incurring them.

TOM GRAY Justice, concurring and dissenting.

I concur in the dismissal of this cause, but I respectfully dissent to the manner in which costs are allocated. On motions to dismiss, with only one exception, we have not allocated costs to the party incurring the costs unless it is (1) a joint motion to dismiss the appeal, or (2) the motion to dismiss contains a request that costs be taxed to the party incurring same, or (3) a settlement agreement is filed with the motion which provides that costs will be paid by the party incurring same.[1] On motions to dismiss an appeal, which do not fall into the above categories, we have consistently taxed costs against the appellant. This methodology is supported by the rules. *See* Tex.R.App. P. 43.4. The only exception that I have noted to these general rules is that on some joint motions costs were taxed only against the appellant. I found no unilateral motions to dismiss by an appellant, like the one filed herein, which resulted in costs being taxed against the party incurring the costs. Accordingly, I would be consistent with our prior dismissals and tax all costs against the appellant.

---

1. The opinions from which these general rules regarding the way we handle dismissals on agreed motions are unpublished and therefore not cited.